UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

RAYMOND E. JONES, deceased, by
YVETTE JONES, personal representative
of the Estate of Raymond Jones, Deceased,

       Plaintiffs,

vs.

CORRECTIONAL MEDICAL SERVICES, INC.,
a Foreign Corporation, *et al.*,

       Defendants.

Case No.  1:09-cv-392
Hon. Paul L. Maloney

| | |
|---|---|
| Kenneth Finegood (P36170)<br>Kenneth D. Finegood, P.L.C.<br>Attorney for Plaintiff<br>29566 Northwestern Highway, Suite 120<br>Southfield, Michigan 48034<br>(248) 351-0608 | Brian J. Richtarcik (P49390)<br>Randall A. Juip (P58538)<br>Mark G. Reynolds  (P72127)<br>Foley, Baron Metzger & Juip, PLLC<br>Attorneys for Defendant,<br>Badawi Abdellatif, M.D., only<br>38777 Six Mile Rd., Suite 300,<br>Livonia, MI 48152<br>(734)742-1800 |
| James T. Farrell (P35400)<br>State of Michigan Attorney General<br>Attorney for MDOC Defendants<br>Corrections Division<br>P.O. Box 30217<br>Lansing, Michigan 48909<br>(517) 335-7021 | |

## ORDER DISMISSING DEFENDANT, BADAWI ABDELLATIF, M.D., WITH PREJUDICE.

Pursuant to stipulation of the parties on the record in this court on January 28, 2013 at the time scheduled for trial of this matter, defendant Badawi Abdellatif, M.D. shall be dismissed from the present action with prejudice, without costs being imposed on any party, and without the payment of any money.

1

**IT IS SO ORDERED.**

Date: _____, 2013        _____
                                      Paul L. Maloney
                                      Chief United States District Judge


Stipulated as to form and substance,


/s/Kenneth Finegood with consent      /s/Brian J. Richtarcik
Kenneth Finegood (P36170)             Brian J. Richtarcik (P49390)
Attorney for Plaintiff                Attorney for Defendant, Badawi Abdellatif,
                                      M.D., only.


**PROOF OF SERVICE**

I hereby certify that on April 17, 2013, I presented the foregoing paper to the Clerk of the Court for filing and uploading to the ECF system, which will send notification of such filing to the attorneys of record listed herein and I hereby certify that I have mailed by US Postal Service the document to the involved non-ECF participants, if any.

                                      s/Brian J. Richtarcik
                                      Foley, Baron, Metzger & Juip, PLLC
                                      Attorneys for Defendant,
                                      Badawi Abdellatif, M.D., only
                                      38777 Six Mile Rd., Ste. 300
                                      Livonia, MI 48152
                                      brichtarcik@fbmjlaw.com
                                      P49390